FILED
APR 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v<br><br>NICHOLAS RAMIREZ, aka "White Boy Nick,"<br>UNG DUONG,<br>PHAT NGUYEN,<br>MARCUS DAVIS, aka "Killa,"<br>ANTHONY YOUNG,<br>JUSTIN NONOGUCHI,<br>MANUEL KEITH,<br>TIFFANY BROWN,<br>ANDRE CAWTHORNE, aka "Dre from the Bay,"<br>MICHAEL SMILEY, and<br>ANTHONY PAYTON,<br><br>    Defendants. | Case No. 2:12-mj-0102 GGH<br><br>**UNDER SEAL**<br><br>ORDER UNSEALING CRIMINAL COMPLAINT |

# O R D E R

Pursuant to Local Rule 141(f) and based upon the Government's Motion to Unseal the Criminal Complaint, **IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:12-mj-0102 GGH be, and is, hereby ordered **UNSEALED**.

**IT IS SO ORDERED.**

DATED: April 19, 2012

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE