MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nicholas Ramirez

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S 12-mj-00102-GGH |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PREIMINARY EXAMINATION |
| vs. | |
| NICHOLAS RAMIREZ, | Date: May 14, 2012<br>Time: 2:00 PM<br>Court: KJN |
| Defendant | |
| | ORDER (Proposed) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Michael Bigelow, Counsel for Nicholas Ramirez, that the preliminary hearing scheduled for May 4, 2012 at 2:00 PM, be vacated and the matter be continued to May 14, 2012 at 200 PM. For preliminary hearing

This continuance is necessary because defendant Ramirez is in Oklahoma on the related matter and will not be able to return by be the presently scheduled date for hearing.

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                                    Dated: May 3, 2012
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                                Dated: May 3, 2012
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez

**ORDER**

**IT IS SO ORDERED**

**Date:  5/3/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE